**Yosefe Yirga ZELEKE, Plaintiff–Appellant,**

v.

**Meles ZENAWI, Prime Minister, Defendant–Appellee.**

No. 12–1392.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Yosefe Yirga Zeleke, Appellant Pro Se.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yosefe Yirga Zeleke appeals the district court's order dismissing his complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Zeleke v. Zenawi,* No. 1:12–cv–00270–JCC–TRJ (E.D.Va. Mar. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

*AFFIRMED.*